**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LAWRENCE FULTZ** | ) | |
| | ) | **Case No. 16-cv-13622** |
| | ) | |
| **v.** | ) | **JUDGE KURT D. ENGELHARDT** |
| | ) | |
| **KRISIM INVESTMENTS, LLC** | ) | **MAGISTRATE KAREN WELLS ROBY** |
| | ) | |
| | ) | |

<u>**CONSENT MOTION TO DISMISS ACTION WITH PREJUDICE**</u>

Lawrence Fultz, Plaintiff, through undersigned counsel, respectfully submits this Motion to Dismiss Action With Prejudice. Plaintiff seeks to dismiss this action for the following reasons:

1.      Plaintiff and defendants have reached an agreement upon a full and final settlement agreement that includes certain future performances by the parties.

2.      All settlement documents have been executed.

**WHEREFORE**, Lawrence Fultz, Plaintiff, through undersigned counsel, respectfully requests that this Court grant this consent motion and: dismiss this lawsuit with prejudice and administratively close this matter.

Respectfully Submitted,

**Bizer & DeReus**
Attorneys for Plaintiff
Andrew D. Bizer, Esq. (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus, Esq. (LA # 35105)
gdereus@bizerlaw.com
Marc P. Florman, Esq. (LA # 35128)
mflorman@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By: /s/ Garret S. DeReus
    **GARRET S. DEREUS**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record on February 15, 2017, by ECF filing.


By: /s/ Garret S. DeReus
    **GARRET S. DEREUS**

2