UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAWRENCE FULTZ | ) |
| | ) Case No. 16-cv-13622 |
| | ) |
| v. | ) JUDGE KURT D. ENGELHARDT |
| | ) |
| KRISIM INVESTMENTS, LLC | ) MAGISTRATE KAREN WELLS ROBY |
| | ) |
| | ) |

### ORDER

On considering the foregoing Consent Motion to Dismiss with Prejudice:

IT IS HEREBY ORDERED that all claims asserted in the above-referenced action by Plaintiff Lawrence Fultz against Defendant Krisim Investments, LLC are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 17th day of February, 2017.

_____
JUDGE